*Rev. March 14, 2023*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 25-213 DHU | UNITED STATES vs. ALBA |
|---|---|

### Before The Honorable Karen B. Molzen, United States Magistrate Judge

| Hearing Date: | February 7, 2025 | Time In and Out: | 9:06 am -9:38 am |
|---|---|---|---|
| Clerk: | Kim | Digital Recording: | [Select Digital Audio] ABQ-Chama |
| Defendant: | Honorio Alba, Jr. | Defendant's Counsel: | Nicole Moss |
| AUSA: | Shana Long & Katherine Lewis | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn  ☒ First Appearance

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Information**

☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☒ Terms and conditions of proposed plea agreement explained.  ☒ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to: **Information**

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☐ Defendant to Remain in Custody

☒ Present conditions of release continued  ☐ Conditions changed to:

☒ Penalty for failure to appear explained

☒ Presentence Report Ordered  ☐ Expedited (Type III)

Other Matters: Brady advisement;