# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                                      No. 1:25-CR-00213-DHU

**HONORIO ALBA JR.**

      **Defendant.**

## NOTICE OF UNAVAILABILITY

Nicole W. Moss, counsel for the defendant, hereby gives this Court notice that she is unavailable on the following dates and for the following reasons. Ms. Moss respectfully requests that the court not schedule hearings during this time period.

1. From March 17th, 2025 through March 21, 2025, Ms. Moss will be out of the country.

Respectfully submitted by:

*/s/ Nicole W. Moss*
Nicole W. Moss
Law Office of Nicole W. Moss
514 Marble Ave N.W.
Albuquerque, NM 87102
(505) 244-0950

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served to opposing counsel via the CM/ECF system on this 12th day of February 2025.

*/s/ Nicole W. Moss*
Nicole W. Moss