# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

            **Plaintiff,**

**vs.**                                 **No. 1:25-cr-00213-DHU-1**

**HONORIO ALBA**

            **Defendant.**

## NOTICE OF UNAVAILABILITY

Nicole W. Moss, counsel for the defendant, hereby gives this Court notice that she is unavailable on the following dates and for the following reasons. Ms. Moss respectfully requests that the court not schedule hearings during this time period.

1. From July 28, 2025, through August 1, 2025, Ms. Moss will be attending a legal conference out of state.

Respectfully submitted by:

*/s/ Nicole W. Moss*
Nicole W. Moss
Law Office of Nicole W. Moss
514 Marble Ave N.W.
Albuquerque, NM 87102
(505) 244-0950

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served to opposing counsel via the CM/ECF system on this 19th day of June 2025.

*/s/ Nicole W. Moss*
Nicole W. Moss