**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

**vs.**                            **No. 1:25-cr-00213-DHU**

**HONORIO ALBA,**
     **Defendant.**

## <u>NOTICE OF UNAVAILABILITY</u>

Nicole W. Moss, counsel for the defendant, hereby gives this Court notice that she is unavailable on the following dates and for the following reasons. Ms. Moss respectfully requests that the court not schedule hearings during this time period:

From June 26, 2026 through July 10, 2026, Ms. Moss will be out of the country.

Respectfully submitted,
The Law Office of Nicole W. Moss

*/s/ Nicole W. Moss*
Nicole W. Moss
Attorney for Defendant
514 Marble Ave NW
Albuquerque, New Mexico 87102
O: (505) 244-0950
F: (505) 244-0952

I hereby certify that a true and correct copy of the foregoing pleading was electronically delivered to all parties via CM/ECF, this 24th day of February 2026.

*/s/ electronically filed*
Nicole W. Moss

1